ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  KIMBERLY I. CULP (CSB NO. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
7  Attorneys for Defendant
   SYNGENTA BIOTECHNOLOGY, INC.

8
9
10
11

**FILED**

ADR

2008 MAY 30  P 2: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12  GREG LeFEBVRE and DANISCO US
    INC.,
13
              Plaintiff,
14
15  v.

16  SYNGENTA BIOTECHNOLOGY, INC.,

17            Defendant.

Case No.    C 08  02732  HRL

**DEFENDANT'S RULE 7.1 DISCLOSURE
STATEMENT**

18        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Syngenta

19  Biotechnology, Inc. ("Syngenta") states the following:  Syngenta is a corporation organized under

20  the laws of the United States of America and there is no publicly held corporation that owns 10%

21  or more of its stock.

22

23  Dated: May 30, 2008                    FENWICK & WEST LLP

24

25  By: _____
                    Kimberly I. Culp
26
    Attorneys for Defendant
27  SYNGENTA BIOTECHNOLOGY, INC.

28

*1285642*

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT                    CASE NO.