RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendant
SYNGENTA BIOTECHNOLOGY, INC.

FILED
2008 MAY 30 P 5 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR
E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GREG LeFEBVRE and DANISCO US INC., | Case No. C 08 02732 HRL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SYNGENTA BIOTECHNOLOGY, INC., | |
| Defendant. | |

CERTIFICATE OF SERVICE                                             CASE NO.

# CERTIFICATE OF SERVICE

The undersigned declares that:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to this action. My business address is 801 California Street, Mountain View, CA 94041.

On the date set forth below, I served the attached:

1. CIVIL COVER SHEET,

2. DEFENDANT SYNGENTA BIOTECHNOLOGY, INC.'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY); CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, AND

3. DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

on the party in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| James W. Morando, Esq. | Jeffrey S. Boxer, Esq. |
| Laura C. Roche, Esq. | Emily Milligan, Esq. |
| Farella Braun & Martel LLP | Carter Ledyard & Milburn LLP |
| 235 Montgomery Street, 17th Floor | Two Wall Street |
| San Francisco, CA 94104 | New York, NY 10005 |

☒ **U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address(es) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

☐ **BY ELECTRONIC MAIL:** I caused such document(s) to be delivered by electronic mail to the addressee(s).

☐ **BY FACSIMILE:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.

///

///

///

1      I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct. Executed on May 30, 2008 at Mountain View, California.

                                                    */s/ Marti Guidoux*
                                                    Marti Guidoux

1286039

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW