1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  KIMBERLY I. CULP (CSB NO. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200

Attorneys for Defendant
SYNGENTA BIOTECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREG LeFEBVRE and DANISCO US INC., | Case No.  C 08 02732 HRL |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| SYNGENTA BIOTECHNOLOGY, INC., | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  June 2, 2008                                    FENWIC, & WEST LLP

                                        By:        */s/ **Kimberly I. Culp***
                                               Kimberly I. Culp
                                               Attorneys for Defendant
                                               SYNGENTA BIOTECHNOLOGY, INC.

*1286147*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW