UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Greg LeFebvre and Danisco US, Inc,<br><br>    Plaintiffs,<br><br>v.<br><br>Syngenta BioTechnology, Inc.,<br><br>    Defendant.<br>_____/ | No. C08-02732<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 16, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **September 22, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 8, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: June 3, 2008                    RICHARD W. WIEKING, Clerk
                                                         United States District Court

                                                         /s/*Patty Cromwell*
                                                         By: Patty Cromwell
                                                         Courtroom Deputy Clerk for
                                                         Magistrate Judge Howard R. Lloyd

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3 Rodger R. Cole    rcole@fenwick.com, vpieretti@fenwick.com

4 Kimberly Irene Culp    kculp@fenwick.com, mguidoux@fenwick.com

5 James W. Morando    jmorando@fbm.com, bheuss@fbm.com, calendar@fbm.com

6 Laura Cullen Roche    lroche@fbm.com, calendar@fbm.com, jamante@fbm.com

8 Jeffrey S Boxer
Emily Milligan
9 Carter Ledyard & Milburn LLP
Two Wall Street
10 New York, NY 10005

**United States District Court**
For the Northern District of California