**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

### June 3, 2008

**CASE NUMBER:  CV 08-02732 HRL**
**CASE TITLE:  GREG LEFEBVRE, ET AL.-v-SYNGENTA BIOTECHNOLOGY, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/02/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 06/03/08 tsh |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG LEFEBVRE, ET AL. et al,<br><br>    Plaintiff,<br><br>  v.<br><br>SYNGENTA BIOTECHNOLOGY, INC. et al,<br><br>    Defendant._____/ | Case Number: CV08-02732 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emily Milligan
Carter Ledayrd & Milburn LLP
Two Wall Street
New York, NY 10005

Jeffrey S Boxer
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005

Dated: June 4, 2008

                                          Richard W. Wieking, Clerk
                                          By: Tiffany Salinas-Harwell, Deputy Clerk