UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG LEFEBVRE and DANISCO US INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNGENTA BIOTECHNOLOGY, INC.,<br><br>Defendant. | Case No. C08 02732 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of Plaintiff's Motion for Remand and Defendant's Motion to Dismiss current set for hearing on October 20, 2008, the Court VACATES the Case Management Conference on September 22, 2008. The Court will set a new conference, if necessary, in its Order addressing the Motions.

Dated: September 16, 2008

JAMES WARE
United States District Judge